# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates To:**

*Jennifer Monczka v. Bayer HealthCare Pharmaceuticals Inc., et al.*  No.11-cv-13486-DRH

*Chris Teal v. Bayer HealthCare Pharmaceuticals Inc., et al.*  No.11-cv-10235-DRH


## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal entered May 11, 2015 in the above captioned cases, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY: **/s/*Caitlin Fischer***
**Deputy Clerk**

Digitally signed by David R. Herndon
Date: 2015.05.20 12:10:14 -05'00'

APPROVED:
DISTRICT JUDGE
U. S. DISTRICT COURT